

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00612-CR

ANTHONY MARBLEY                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

------------

FROM COUNTY CRIMINAL COURT NO. 2 OF DENTON COUNTY

------------

## ABATEMENT ORDER

------------

We have considered the appellant's "Motion To Dismiss Appeal" filed by Dominick J. Marsala, appellant's retained counsel on November 22, 2013. The motion is not signed by appellant as required by rule of appellate procedure 42.2(a). *See* Tex. R. App. P. 42.2(a). In an affidavit attached to his motion, retained counsel stated that he has been unsuccessful in contacting his client by phone since August 2013, and that appellant's whereabouts are unknown.

We abate the appeal and remand this case to the trial court. The trial court shall immediately conduct a hearing with appellant present to:

1. Determine whether appellant desires to prosecute his appeal;

2. Determine whether appellant desires to proceed pro se;

3. If appellant desires to proceed pro se, admonish appellant of the dangers and disadvantages of self-representation in accordance with *Faretta v. California*, 422 U.S. 806, 835, 95 S. Ct. 2525, 2541 (1975), and *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987);

4. Determine whether appellant is indigent. If appellant is determined to be indigent, ascertain whether counsel should be appointed to represent appellant and appoint counsel, if necessary;[1]

5. If appellant desires to proceed pro se, determine whether that decision is competently and intelligently made; and

6. Take any other measures that the trial court deems necessary to insure appellant does not forfeit his right to appeal.

The trial court shall file a record of the hearing in this court on or before **Monday, January 20, 2014.** The record shall include a supplemental reporter's record and supplemental clerk's record. Upon our receipt of the supplemental record, the appeal of this cause shall be automatically reinstated without further order. Appellant's counsel's motion will be ruled on at that time.

The clerk of this court shall transmit a copy of this order to appellant, the attorneys of record, the trial judge, the trial court clerk, and the court reporter.

DATED December 19, 2013.

PER CURIAM

---

[1]If counsel is appointed to represent appellant, the supplemental record shall reflect that counsel has been notified of the appointment.